1   BENJAMIN B. WAGNER
    United States Attorney
2   LAUREL J. MONTOYA
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  5:14-mj-00006-JLT

12                      Plaintiff,       ORDER TO
                                         UNSEAL COMPLAINT
13              v.

14  JOSE TRINIDAD SALAS, ET AL.,

15                      Defendants.

16

17       This Complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

18  Criminal Procedure.

19       IT IS HEREBY ORDERED that the case be unsealed and be made public record.

20

21  DATED: _____2/07/14_____          _____
                                      UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

Motion and Order to Unseal Complaint            2

**FILED**

FEB 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

SEALED